Eleanor BOOTHE, Plaintiff,

v.

**BALTIMORE STEAM PACKET COM-
PANY, Defendant.**

Civ. A. No. 1422.

United States District Court
E. D. Virginia,
Alexandria Division.

Jan. 22, 1957.

Boothe, Dudley, Koontz & Boothe,
Armistead Boothe and William W.
Koontz, Alexandria, Va., for plaintiff.

Vandeventer, Black & Meredith,
Braden Vandeventer, Jr. and Hugh S.